**Opinion issued February 23, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00048-CV

_____

**MARY F. MASTERSON, Appellant**

**V.**

**BCHH TITLE OF TEXAS, LLC, JULIUS HARDY AND ARVM5, LLC,**
**Appellees**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-10619**

---

### MEMORANDUM OPINION

Appellant has filed a motion to dismiss her permissive appeal. *See* TEX. R.

APP. P. 28.3, 42.1(a)(1); TEX. CIV. PRAC. & REM. CODE § 51.014(d).  Although

appellant failed to include a certificate of conference in her motion, appellant's

motion includes a certificate of service, more than 10 days have passed since the motion was filed, and no party has opposed the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant appellant's motion and dismiss her permissive appeal. *See* TEX. R. APP. P. 42.1(a)(1). We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.